[No. 11348-1-I. Division One. May 2, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. TED RAYMOND SHARP, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-8-03359-0, Jerome M. Johnson, J., entered December 22, 1981. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, A.C.J., and Callow, J.

[No. 11475-1-I. Division One. May 2, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DARLENE M. McGANN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-8-04865-1, Maurice Epstein, J. Pro Tem., entered March 5, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Williams, J.